***EFILED***
Case Number 2018L 001333
Date: 10/5/2018 3:21 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| CHRISTINE FRECH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.  2018L 001333 |
| OUR HEALTH CLUB & SPA 2013, LLC | ) ) | |
| Defendants. | ) ) | |

## COMPLAINT

### COUNT I

NOW COMES Plaintiff, Christine Frech (hereinafter referred to as "Frech"), by her attorneys, Brunton Law Offices, P.C., and for Count I of her Complaint against Defendant, Our Health Club & Spa 2013, LLC (hereinafter referred to as "Our Health Club"), states:

1. Frech was an employee of Our Health Club at its business located at 4 Cougar Drive, Glen Carbon, State of Illinois.

2. Frech is a female.

3. Our Health Club is an employer as that term is defined under the Civil Rights Act of 1964 and the Civil Rights Act of 1991 and the Pregnancy Discrimination Act, 42 USC § 2000 e(b), 42 USC § 2000 et.seq.

4. At all relevant dates and times herein, Our Health Club employed more than 15 employees.

5. Frech was pregnant during her employment with Our Health Club.

6. Frech was qualified for her position and was able to perform all essential functions of her job while employed with Our Health Club.

Exhibit A

7. During Frech's employment with Our Health Club, she was subjected to discrimination, harassment and a hostile work environment, and was treated differently than similarly situated employees because of her pregnancy.

8. Our Health Club knew or reasonably should have known about the discrimination, harassment and hostile work environment of Frech.

9. Our Health Club's failure to take any steps to stop the harassment, discriminatory conduct and hostile work environment amounted to an endorsement, ratification, approval and perpetuation of the harassment and discriminatory behavior and a hostile work environment.

10. By creating, condoning, ratifying, and perpetuating a hostile work environment, harassment and discrimination Our Health Club has intentionally and with reckless indifference and disregard violated Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1991 and amendments thereto and the Pregnancy Discrimination Act, 42 USC § 2000 et.seq.

11. Our Health Club terminated Frech.

12. Frech was terminated from her job at Our Health Club as a result of her pregnancy, in violation of Title VII of The Civil Rights Act of 1964 and Title VII of The Civil Rights Act of 1991 and The Pregnancy Discrimination Act, 42 U.S.C. § 2000 et.seq.

13. Frech filed a formal complaint with the E.E.O.C. and I.D.H.R. which is attached hereto and incorporated herein as Exhibit "A".

14. Frech received a Notice of Right-to-Sue letter from the E.E.O.C. A copy of the Notice is attached and incorporated herein as Exhibit "B".

15. Frech filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

16. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech suffered and in the future will continue to suffer emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

17. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech was caused to lose wages and fringe benefits and she is entitled to recover for this loss.

18. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech will lose future earnings and future fringe benefits and she is entitled to recover for this loss.

19. In addition, Frech is entitled to reasonable attorney fees and costs and all other affirmative relief as this court deems appropriate.

20. In addition, Frech is further entitled to pre-judgment interest to compensate her for the loss of wages during the period preceding any final judgment. Frech is further entitled to post-judgment interest from the date of judgment to the date that any judgment is paid by Our Health Club.

21. In addition, Our Health Club, through its managers, had knowledge that it may have been acting in violation of federal law and/or Our Health Club approved or ratified the acts of discrimination and thus, Frech is entitled to punitive damages.

WHEREFORE, for the above stated reasons, Plaintiff, Christine Frech prays for judgment against Defendant, Our Health Club, in an amount in excess of $50,000, plus cost of suit, and for such other relief as the Court may deem just and proper.

## COUNT II

NOW COMES Plaintiff, Christine Frech (hereinafter referred to as "Frech"), by her attorneys, Brunton Law Offices, P.C., and for Count II of her Complaint against Defendant, Our Health Club & Spa 2013, LLC (hereinafter referred to as "Our Health Club"),, states:

1-10. For paragraphs one (1) through ten (10) of Count II, Plaintiff realleges and incorporates one (1) through ten (10) of Count I as though fully alleged herein.

11. Frech reported the harassment, discrimination and hostile work environment because of her pregnancy to Our Health Club.

12. Our Health Club terminated Frech.

13. Frech was terminated from her job at Our Health Club as a result of the reports of harassment, discrimination and hostile work environment because of her pregnancy, in violation of Title VII of The Civil Rights Act of 1964 and Title VII of The Civil Rights Act of 1991 and The Pregnancy Discrimination Act, 42 U.S.C. § 2000 et.seq.

14. Frech filed a formal complaint with the E.E.O.C. and I.D.H.R. which is attached hereto and incorporated herein as Exhibit "A".

15. Frech received a Notice of Right-to-Sue letter from the E.E.O.C. A copy of the Notice is attached and incorporated herein as Exhibit "B".

16. Frech filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

17. As a result of the wrongful termination by Our Health Club, Frech suffered and in the future will continue to suffer emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

18. As a result of the wrongful termination by Our Health Club, Frech was caused to lose wages and fringe benefits and she is entitled to recover for this loss.

19. As a result of the wrongful termination by Our Health Club, Frech will lose future earnings and future fringe benefits and she is entitled to recover for this loss.

20. In addition, Frech is entitled to reasonable attorney fees and costs and all other affirmative relief as this court deems appropriate.

21. In addition, Frech is further entitled to pre-judgment interest to compensate her for the loss of wages during the period preceding any final judgment. Frech is further entitled to post-judgment interest from the date of judgment to the date that any judgment is paid by Our Health Club.

22. In addition, Our Health Club, through its managers, had knowledge that it may have been acting in violation of federal law and/or Our Health Club approved or ratified the acts of discrimination and thus, Frech is entitled to punitive damages.

WHEREFORE, for the above stated reasons, Plaintiff, Christine Frech prays for judgment against Defendant, Our Health Club, in an amount in excess of $50,000, plus cost of suit, and for such other relief as the Court may deem just and proper.

## COUNT III

NOW COMES Plaintiff, Christine Frech (hereinafter referred to as "Frech"), by her attorneys, Brunton Law Offices, P.C., and for Count III of her Complaint against Defendant, Our Health Club & Spa 2013, LLC (hereinafter referred to as "Our Health Club"), states:

1-4. For paragraphs one (1) through four (4) of Count III, Plaintiff realleges and incorporates one (1) through four (4) of Count I as though fully alleged herein.

5. Frech was qualified for her position and was able to perform all essential functions of her job while employed with Our Health Club.

6. During Frech's employment with Our Health Club, she was subjected to discrimination, harassment, and a hostile work environment, and was treated differently than similarly situated employees because of her sex/gender, female.

7. Our Health Club knew or reasonably should have known about the discrimination, harassment and hostile work environment of Frech.

8. Our Health Club's failure to take any steps to stop the harassment, discriminatory conduct and hostile work environment amounted to an endorsement, ratification, approval and perpetuation of the harassment and discriminatory behavior and a hostile work environment.

9. By creating, condoning, ratifying, and perpetuating a hostile work environment, harassment and discrimination Our Health Club has intentionally and with reckless indifference and disregard violated Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1991 and amendments thereto.

10. Our Health Club terminated Frech.

11. Frech's termination was a result the harassment, discrimination, and hostile work environment, in violation of Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1991 and amendments thereto.

12. Frech was terminated from her job at Our Health Club as a result of her sex/gender, in violation of Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1991 and amendments thereto.

13. Frech filed a formal complaint with the E.E.O.C. and I.D.H.R. which is attached hereto and incorporated herein as Exhibit "A".

14. Frech received a Notice of Right-to-Sue from the EEOC and I.D.H.R. A copy of the Notice is attached and incorporated herein as Exhibit "B".

15. Frech filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

16. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech suffered and in the future will continue to suffer emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

17. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech was caused to lose wages and fringe benefits and she is entitled to recover for this loss.

18. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech will lose future earnings and future fringe benefits and she is entitled to recover for this loss.

19. In addition, Frech is entitled to reasonable attorney fees and costs and all other affirmative relief as this court deems appropriate.

20. In addition, Frech is further entitled to pre-judgment interest to compensate her for the loss of wages during the period preceding any final judgment. Frech is further entitled to post-judgment interest from the date of judgment to the date that any judgment is paid by Our Health Club.

WHEREFORE, for the above stated reasons, Plaintiff, Christine Frech prays for judgment against Defendant, Our Health Club, in an amount in excess of $50,000, plus cost of suit, and for such other relief as the Court may deem just and proper.

## COUNT IV

NOW COMES Plaintiff, Christine Frech (hereinafter referred to as "Frech"), by her attorneys, Brunton Law Offices, P.C., and for Count IV of her Complaint against Defendant, Our Health Club & Spa 2013, LLC (hereinafter referred to as "Our Health Club"), states:

1-10. For paragraphs one (1) through ten (10) of Count IV, Plaintiff realleges and incorporates by reference paragraphs one (1) through ten (10) of Count III as though fully alleged herein.

11. Frech reported the hostile work environment, harassment and discrimination because of her sex/gender to Our Health Club.

12. Our Health Club terminated Frech.

13. Frech was terminated from her job at Our Health Club as a result of the reports of harassment, discrimination and hostile work environment because of her sex/gender, in violation of Title VII of The Civil Rights Act of 1964 and Title VII of The Civil Rights Act of 1991 and amendments thereto.

14. Frech's termination was a result of, and in retaliation for, reporting the harassment, discrimination, and hostile work environment to her supervisors, in violation of Title VII of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1991 and amendments thereto

15. Frech filed a formal complaint with the E.E.O.C. and I.D.H.R. which is attached hereto and incorporated herein as Exhibit "A".

16. Frech received a Notice of Right-to-Sue from the EEOC and I.D.H.R. A copy of the Notice is attached and incorporated herein as Exhibit "B".

17. Frech filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

18. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech suffered and in the future will continue to suffer emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

19. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech was caused to lose wages and fringe benefits and she is entitled to recover for this loss.

20. As a result of the discrimination, harassment, hostile work environment and wrongful termination by Our Health Club, Frech will lose future earnings and future fringe benefits and she is entitled to recover for this loss.

21. In addition, Frech is entitled to reasonable attorney fees and costs and all other affirmative relief as this court deems appropriate.

22. In addition, Frech is further entitled to pre-judgment interest to compensate her for the loss of wages during the period preceding any final judgment. Frech is further entitled to post-judgment interest from the date of judgment to the date that any judgment is paid by Our Health Club.

WHEREFORE, for the above stated reasons, Plaintiff, Christine Frech prays for judgment against Defendant, Our Health Club, in an amount in excess of $50,000, plus cost of suit, and for such other relief as the Court may deem just and proper.

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

/s/ Michael J. Brunton

Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency( ) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 560-2017-02019 |

ILLINOIS DEPARTMENT OF HUMAN RESOURCES and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) Ms. Christine Frech | Home Phone (Incl. Area Code) (618) 699-9838 | Date of Birth 1/27/1988 |
|---|---|---|
| Street Address 542 Pheasant Lane, Moro, IL 62067 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name Our Health Club & Spa 2013, LLC | No. Employees, Members 20 or more | Phone No. (Include Area Code) (618) 288-5555 |
|---|---|---|
| Street Address 4 Cougar Drive, Glen Carbon, IL 62034 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) ( ) |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

___ RACE ___ COLOR _X_ SEX ___ RELIGION ___ NATIONAL ORIGIN

_X_ RETALIATION ___ AGE _X_ DISABILITY _X_ OTHER (Specify below.) Pregnancy

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
                5/31/2017

_X_ CONTINUING ACTION

2017 SEP 10 PM 12: 27  ST LOUIS DISTRICT

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

Pregnancy/Disability and Sex Discrimination

See attached page for particulars.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br><br>8-11-17<br>Melissa Caliendo<br><br>OFFICIAL SEAL<br>MELISSA N CALIENDO<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:04/10/19 |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>8-11-17     Christie Frech<br>Date     Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>Christie Frech<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

### Pregnancy Discrimination & Retaliation

Christine Frech was a female employee with Our Health Club & Spa 2013, LLC.

Christine Frech was pregnant while working at Our Health Club & Spa 2013, LLC.

Christine Frech was able to fully perform her job functions at all relevant times.

Christine Frech was subjected to a hostile work environment because of her pregnancy.

Christine Frech was treated differently than similarly situated employees and was subjected to discrimination because of her pregnancy.

Christine Frech was terminated after reporting that she was pregnant.

Christine Frech was terminated because of her pregnancy.

Christine Frech was terminated in retaliation for reporting discrimination because of her pregnancy.

### Sex Discrimination & Retaliation

Christine Frech was a female employee with Our Health Club & Spa 2013, LLC.

Christine Frech was pregnant while working at Our Health Club & Spa 2013, LLC.

Christine Frech was able to fully perform her job functions at all relevant times.

Christine Frech was subjected to a hostile work environment because of her sex, female.

Christine Frech was treated differently than similarly situated employees and was subjected to discrimination because of her sex, female.

Christine Frech was terminated after reporting that she was pregnant.

Christine Frech was terminated because of her sex.

Christine Frech was terminated in retaliation for reporting discrimination because of her se[x]

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

EXHIBIT B

To: Christine Frech
542 Pheasant Ln.
Moro, IL 62067

From: St. Louis District Office
1222 Spruce Street
Room 8.100
Saint Louis, MO 63103

JUL 1 5 2013

BY: ..............

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2017-02019 | Patrick E. Hollis, Investigator | (314) 539-7905 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

James R. Neely, Jr.,
Director

JUL 10 2018

(Date Mailed)

cc: David Sherrill, Owner
OUR HEALTH CLUB & SPA 2013, LLC
4 Cougar Dr.
Glen Carbon, IL 62034

Michael J. Brunton
BRUNTON LAW OFFICES
819 Vandalia (Hwy 159)
Collinsville, IL 62234

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CHRISTINE FRECH, )
)
    Plaintiff, )
)
vs. ) No. 18-L-1333
)
OUR HEALTH CLUB & SPA 2013, LLC )
)
    Defendants. )
)

## SUMMONS

To the Defendant:     Our Health Club & Spa 2013, LLC
Agent – David J. Sherrill
316 N. Main Street
Edwardsville, IL 62025

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, Madison County Courthouse, 155 North Main Street, Edwardsville, Illinois within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gove/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

    This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

    Witness, 10/12/2018, 2018

(Seal of Court)

/s/ Mark Von Nida      /s/ Donna Finch
(Clerk of Court)

Name:     Michael J. Brunton
Attorney For:     Christine Frech
Address:     819 Vandalia (Hwy 159)
City:     Collinsville, IL 62234
Telephone:     (618) 343-0750

Date of Service:_____, 2018
(To be inserted by officer on copy left with Defendant or other person)

\*\*\*EFILED\*\*\*
Case Number 2018L 001333
Date: 10/12/2018 9:50 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| CHRISTINE FRECH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 18-L-1333 |
| OUR HEALTH CLUB & SPA 2013, LLC | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES Michael J. Brunton, Attorney at Law, and hereby enters his appearance on behalf of Plaintiff, Christine Frech, for the above-captioned case.

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

/s/ Michael J. Brunton

Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

***EFILED***
Case Number 2018L 001333
Date: 10/12/2018 10:01 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| CHRISTINE FRECH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 18-L-1333 |
| OUR HEALTH CLUB & SPA 2013, LLC | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222

Michael J. Brunton, after being duly sworn upon his oath, and under penalties of perjury, states, pursuant to Illinois Supreme Court Rule 222, that the total of money damages sought in the Complaint, filed by Plaintiff in the above-captioned case, does exceed $50,000.

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

/s/ Michael J. Brunton

Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

***EFILED***
Case Number 2018L 001333
Date: 11/7/2018 10:20 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# AFFIDAVIT OF SERVICE

18-L-1333, MADISON COUTNY, IL,



| STATE: ILLINOIS | NOTARIZED COUNTY: MADISON<br>United States of America | JOB NO:<br>204322 |
|---|---|---|

I, PATRICIA SMITH, being duly sworn on oath, state that I affected service as follows:

CLIENT: BRUNTON LAW OFFICES, PC18-L-1333
TYPE OF DOCUMENT: 30 DAY SUMMONS AND COMPLAINT
TYPE OF SERVICE: CORPORATE SERVICE

1. NAME OF PERSON ATTEMPTED UPON: OUR HEALTH CLUB & SPA 2013, LLC AGENT- DAVID J. SHERRILL
2. DOCUMENT GIVEN TO IF DIFFERENT: David Sherrill, Agent ,
3. DESCRIPTION: Sex: Male - Skin: Caucasian - Hair: Baldbrown - Approx. Age: 55 - Height: 6'0 - Weight: 200
4. ADDRESS: 316 N MAIN ST , Edwardsville IL 62025
5. DATE: 10/31/2018 Time of Service: 9:25 AM
6. COURT DATE: 11/08/2018

CASE NUMBER : 18-L-1333

CASE NAME:

CHRISTINE FRECH
VS
OUR HEALTH CLUB & SPA 2013, LLC

Comments: A signature and gps photo were obtained.

Signed and sworn to before me on this 31st day of October, 2018.

Notary Public

X _____
PATRICIA SMITH
License(s): 129-321462

Cost of Service:

KELLERMAN
INVESTIGATIONS LTD
IL. DET. LIC: 117-001201
GLEN CARBON, IL 62034
618-288-6662

OFFICIAL SEAL
JANICE LYBARGER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES SEP. 17, 2022

*204322*

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CHRISTINE FRECH,            )
                            )
        Plaintiff,          )
                            )
vs.                         )   No. 18-L-1333
                            )
OUR HEALTH CLUB & SPA 2013, LLC )
                            )
        Defendants.         )

## SUMMONS

To the Defendant:    Our Health Club & Spa 2013, LLC
                     Agent – David J. Sherrill
                     316 N. Main Street
                     Edwardsville, IL 62025

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, Madison County Courthouse, 155 North Main Street, Edwardsville, Illinois within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

Witness, __10/12/2018__, 2018

(Seal of Court)        /s/ Mark Von Nida     /s/ Donna Finch
                            (Clerk of Court)

Name:         Michael J. Brunton
Attorney For: Christine Frech
Address:      819 Vandalia (Hwy 159)
City:         Collinsville, IL 62234
Telephone:    (618) 343-0750

Date of Service: _____, 2018
(To be inserted by officer on copy left with Defendant or other person)