IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE FRECH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-2097-SMY |
| | ) |
| OUR HEALTH CLUB & SPA 2013, LLC. | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** January 7, 2020

MARGARET M. ROBERTIE,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:

*[signature]*

**STACI M. YANDLE**
**DISTRICT JUDGE**